IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF SOUTH SIOUX CITY, NEBRASKA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>        Defendants. | **4:17CV3108**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)   Within 10 days after the newly added third party defendant files an answer, counsel shall contact my chambers to set a case scheduling conference.

2)   All unexpired case progression deadlines are stayed pending further order of the court.

3)   The clerk shall set an internal court case management deadline of September 15, 2018 to check on the status of this case.

August 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge