IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF SOUTH SIOUX CITY, NEBRASKA,<br><br>                Plaintiff,<br><br>vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                Defendants. | **4:17CV3108**<br><br>**ORDER** |

Upon notice that this case has been settled,

IT IS ORDERED:

1) Plaintiff's unopposed motion, (filing no.100), is hereby granted, and all case progression deadlines are stayed.

2) The deadline for filing dismissal documents is March 22, 2021.

Dated this 22nd day of December, 2020.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge