IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF SOUTH SIOUX CITY, NEBRASKA,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | 4:17CV3108<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Elizabeth Ryan Cano, as counsel of record for Defendant, The Charter Oak Fire Insurance Company, (Filing No. 102), is granted. Elizabeth Ryan Cano shall no longer receive electronic notice in this case.

Dated this 10th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge