IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF SOUTH SIOUX CITY, NEBRASKA,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | 4:17CV3108<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Brandon J. Crainer, as counsel of record for Defendant, Philadelphia Indemnity Insurance Company, (Filing No. 104), is granted. Brandon J. Crainer shall no longer receive electronic notice in this case.

Dated this 24th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge