IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF SOUTH SIOUX CITY, NEBRASKA,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | **4:17CV3108**<br><br>**ORDER** |

The court has been advised that there has been a delay in finalizing the global settlement agreement reached in mediation. Plaintiff has requested an extension of the dismissal document deadline for an additional 90 days, and the opposing parties have agreed to the extension.

Accordingly,

IT IS ORDERED that:

(1) On or before July 8, 2021, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 9th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge